**Electronically Filed
Supreme Court
SCWC-24-0000123
04-SEP-2025
07:52 AM
Dkt. 34 ODAC**

SCWC-24-0000123

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

HAWAIʻI UNITES, a 501(c)(3) NONPROFIT CORPORATION;
TINA LIA, AN INDIVIDUAL,
Petitioners/Plaintiffs-Appellants,
vs.
BOARD OF LAND AND NATURAL RESOURCES, STATE OF HAWAIʻI, and
DEPARTMENT OF LAND AND NATURAL RESOURCES, STATE OF HAWAIʻI,
Respondents/Defendants-Appellees,
and
AMERICAN BIRD CONSERVANCY,
Respondent/Defendant-Intervenor-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000123; CASE NO. 1CCV-23-0000594)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: McKenna, Acting C.J.; Eddins, Ginoza, and Devens, JJ.;
and Circuit Judge Holma, in place of Recktenwald, C.J., recused)

Petitioners Hawaiʻi Unites and Tina Lia's Application for Writ of Certiorari, filed on July 10, 2025, is hereby rejected.

DATED: Honolulu, Hawaiʻi, September 4, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Karin L. Holma

